| | |
|---|---|
| 1 | RICHARD MARMARO (Bar No. 91387)<br>rmarmaro@skadden.com |
| 2 | JACK P. DICANIO (Bar No. 138782)<br>jdicanio@skadden.com |
| 3 | RONDA MCKAIG (Bar No. 216267)<br>rmckaig@skadden.com |
| 4 | RYAN H. WEINSTEIN (Bar No. 240405)<br>rweinste@skadden.com |
| 5 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue |
| 6 | Los Angeles, California 90071-3144<br>Tel: (213) 687-5000 |
| 7 | Fax: (213) 687-5600 |
| 8 | Attorneys for Defendant Gregory L. Reyes |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY L. REYES, et al.,<br><br>　　　　　Defendants | CASE NO. C06-70450 CRB (JCS)<br><br>**DENYING [PROPOSED] ORDER GRANTING DEFENDANT GREGORY L. REYES'S EX PARTE APPLICATION TO SHORTEN TIME TO FILE AND BE HEARD ON MOTION TO DISMISS CRIMINAL COMPLAINT, OR, IN THE ALTERNATIVE, REQUEST FOR AN EXPEDITED PRELIMINARY HEARING**<br><br>Date: August 2, 2006<br>Time: 2 p.m.<br>Judge: Hon. Joseph C. Spero<br>Courtroom: A, 15th Floor |

---

[PROPOSED] ORDER GRANTING DEFENDANT GREGORY L. REYES'S EX PARTE APPLICATION FOR ORDER
DENYING　　GRANTING SHORTENED TIME
　　　　　DENYING　　　　　　　　　　　　　　　　　**CASE NO. C06-70450 CRB (JCS)**

Defendant Gregory L. Reyes ("Reyes") <u>Ex</u> <u>Parte</u> Application to Shorten Time to File and Be Heard on Motion to Dismiss Criminal Complaint, or, in the Alternative, Request for Expedited Preliminary Hearing came on for expedited hearing on August 2, 2006, at 2 p.m., the Honorable Joseph C. Spero presiding. After consideration of the Application, and all papers filed in support thereof, as well as the argument of counsel and the other pleadings and papers on file in this action, and good cause appearing,

IT IS HEREBY ORDERED that:

The <u>Ex</u> <u>Parte</u> Application is GRANTED for the reasons stated in Reyes's moving papers.

SO ORDERED:

Dated: __7/28/6__

_____
                                    C. Spero

[DENIED stamp — Judge Joseph C. Spero]

RESPECTFULLY SUBMITTED BY:

____/s/ Richard Marmaro_____
RICHARD MARMARO, State Bar No. 91387
JACK P. DICANIO, State Bar No. 138782
RONDA MCKAIG, State Bar No. 216267
RYAN H. WEINSTEIN, State Bar No. 240405
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant
Gregory L. Reyes

[~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING DEFENDANT GREGORY L. REYES'S EX PARTE APPLICATION FOR ORDER ~~GRANTING~~ DENYING SHORTENED TIME          CASE NO. C06-70450 CRB (JCS)